**BRAINTREE LABORATORIES, INC., Plaintiff–Appellee,**

v.

**NEPHRO–TECH, INC. and G.P. Georges, III, Defendants–Appellants,**

and

**Kimberly J. Georges, Defendant.**

No. 00–1294.

United States Court of Appeals, Federal Circuit.

DECIDED: July 10, 2001.

Before MICHEL, LOURIE, and LINN, Circuit Judges.

**800**

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.